Bankruptcy Case Number:26-48703

05781-MIE-DE-039839521

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2026, at 5:25 o'clock PM EDT, Tonya Ruffin completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.
111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: August 21, 2026

By: /s/Susan Mears

Name: Susan Mears

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Bankruptcy Case Number:26-48703

05781-MIE-DE-039810112

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2026, at 5:25 o'clock PM EDT, Jeffery Ruffin completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.
111 to provide an instructional course concerning personal financial management in the Eastern District of Michigan.

Date: August 21, 2026

By: /s/Susan Mears

Name: Susan Mears

Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).